IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                      No. 3:19-cv-87-DPM

BILL BROWN, Detective,                                         DEFENDANT
Jonesboro Police Department

## ORDER

**1.** Motion to amend complaint, № 12, denied. The Court dismissed Webster's complaint; and nothing in the proposed amendment warrants relief from the Judgment and final Order. № 9 & № 10. This case is closed.

**2.** Motion for leave to proceed *in forma pauperis* on appeal, № 16, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 9.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019